UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| MICHAEL KISTNER | * | |
| | * | CIVIL ACTION NO. 6:16-CV-01383 |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE WHITEHURST |
| | * | |
| EXPEDITORS & PRODUCTION SERVICES COMPANY | * | BY CONSENT OF THE PARTIES |
| | * | |

***********************************************************************

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit, the civil record of this lawsuit and the prior proceedings in this matter:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Michael Kistner therein against Expeditors & Production Services Company be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __23rd__ day of _____January_____, 2018 in ___Lafayette___, Louisiana.

_____
HONORABLE CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE